JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SU SIN COONG, | ) | Case No.: ED CV 17-962-DMG (AGR) |
| Petitioner, | ) | |
| | ) | ORDER OF DISMISSAL WITHOUT |
| v. | ) | PREJUDICE |
| JEFFERSON B. SESSIONS, et al., | ) | |
| | ) | |
| Respondent. | ) | |

On May 26, 2017, Petitioner filed a Notice of Voluntary Dismissal of Section 2241 Habeas Petition. According to the Notice, this action is duplicative of Petitioner's earlier filed habeas petition in *Coong v. Kelly*, EDCV 17-923-BRO (PLA).

IT IS HEREBY ORDERED that this matter is dismissed without prejudice. The motion for appointment of counsel [Doc. # 2] is DENIED as moot.

DATED: May 30, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE